# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMSEY HILL,<br><br>　　　　DEFENDANT. | Case No. 2:16-cr-114-JAD-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody but does not oppose the continuance.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Counsel for the defendant needs additional time to order and receive the transcripts of the motion hearing prior to filing objections, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the First stipulation to extend reply date filed herein.

## CONCLUSIONS OF LAW

The ends of justice, and judicial economy being best served by granting said extension:

**ORDER**

IT IS THEREFORE ORDERED that the Objections to Findings & Recommendations (ECF#41) currently due November 10, 2016 be extended by sixty (60) days to and including January 9, 2017.

DATED this 14th day of November 2016.

_____
UNITED STATES MAGISTRATE JUDGE