DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Alexandra.M.Michael@usdoj.gov

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00114-JAD-GWF |
| Plaintiff, | STIPULATION TO CONTINUE RESPONSE DEADLINE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF GOVERNMENT WITNESSES [Dkt. #47] |
| vs. | |
| RAMSEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, AFPD, counsel for Defendant RAMSEY HILL, that the deadline for Government's Response to Defendant's Motion In Limine To Preclude Testimony Of Government Witnesses (Dkt. #47), currently due on January 23, 2017, be continued for two (2) weeks.

1

This stipulation is entered for the following reasons:

1. Counsel for the Government needs additional time to research and prepare a response to the Defendant's Motion.

2. The parties agree to the continuance.

3. The Defendant is incarcerated, but he does not object to a brief continuance of the Government's response deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv), but should not impact the trial setting which is currently set for February 7, 2017.

6. This is the <u>first</u> request for a continuance filed herein.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
REBECCA LEVY
Counsel for Defendant RAMSEY HILL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00114-JAD-GWF |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE THE |
| | ) | RESPONSE DEADLINE TO |
| vs. | ) | DEFENDANT'S MOTION IN LIMINE TO |
| | ) | PRECLUDE TESTIMONY OF |
| RAMSEY HILL, | ) | GOVERNMENT WITNESSES |
| | ) | [Dkt. #47] |
| Defendant. | ) | |
| | ) | |

This stipulation is entered for the following reasons:

1. Counsel for the Government needs additional time to research and prepare a response to the Defendant's Motion.

2. The parties agree to the continuance.

3. The Defendant is incarcerated, but he does not object to a brief continuance of the Government's response deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv), but should not impact the trial setting which is currently set for February 7, 2017.

6. This is the _first_ request for a continuance filed herein.

3

**ORDER**

IT IS ORDERED that the Government's deadline to respond to the Defendant's motion in limine to preclude testimony of government witnesses scheduled for January 23, 2017, be vacated and continued to February 3, 2017.

DATED this 23rd day of January, 2017.

_____
UNITED STATES ~~MAGISTRATE JUDGE~~
DISTRICT JUDGE