DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-5087 (Facsímile)
Alexandra.M.Michael@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00114-JAD-GWF |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION |
| v. | ) | |
| RAMSEY HILL, | ) | (First Request) |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, Assistant Federal Public Defender, counsel for defendant RAMSEY HILL, that the deadline to file a response to Objections to Report and Recommendation [Dkt. #45] currently due on January 23, 2017 be continued to January 27, 2017.

This Stipulation is entered into for the following reasons:

1

1. The additional time requested is not sought for the purpose of delay, but to allow counsel for the Government, Alexandra Michael, sufficient time to review the transcript of the proceedings for the Motion to Suppress that was obtained on January 20, 2017.

2. The Defendant is incarcerated, and he does not object to the continuance.

3. Counsel for the Defendant does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

7. This is the <u>first</u> request for a continuance filed herein.

DATED: January 23, 2017.

   /s/                                                         /s/
ALEXANDRA M. MICHAEL        REBECCA LEVY
Assistant United States Attorney      Assistant Federal Public Defender
Counsel for the United States         Counsel for Defendant RAMSEY HILL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00114-JAD-GWF |
| | ) | |
| | ) | FINDINGS OF FACT, CONCLUSIONS |
| Plaintiff, | ) | OF LAW, AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RAMSEY HILL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The additional time requested is not sought for the purpose of delay, but to allow counsel for the Government, Alexandra Michael, sufficient time to review the transcript of the proceedings hearing for the Motion to Suppress that was obtained on January 20, 2017.

2. The Defendant is incarcerated, and he does not object to the continuance.

3. Counsel for the Defendant does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

7. This is the <u>first</u> request for a continuance filed herein.

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the deadline to file a Response to Objections to Report and Recommendation [Dkt. #45] is continued to January 27, 2017.

DATED this 23rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE