RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Ramsey Hill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-114-JAD-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (First Request) |
| RAMSEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ramsey Hill, that the Sentencing currently scheduled for Monday February 5, 2018 at 10:00 a.m., be vacated and set to a date and time convenient to this court but no sooner than ninety 90 days.

The Stipulation is entered into for the following reasons:

1. Undersigned defense counsel needs additional time to gather mitigation information and previously requested records for this client relevant to the sentencing and disposition of this case.

2. Defendant is in custody, but does not oppose the continuance.

1      3.      Counsel for the government will be unavailable on the currently scheduled date.

2      4.      The additional time requested herein is not sought for purposes of delay.

3      5.      Denial of this request for continuance would deny counsel for the defendant

4 sufficient time to effectively prepare for the sentencing, taking into account the exercise of due

5 diligence.

6      6.      Additionally, denial of this request for continuance could result in a miscarriage

7 of justice.

8      7.      This is the first stipulation to continue sentencing date filed herein.

9

10      DATED this 8th day of January, 2018.

11

12 RENE L. VALLADARES             DAYLE ELIESON,
Federal Public Defender            United States Attorney

13

    */s/ Rebecca A. Levy*                   */s/ Alexandra Michael*
14 By_____      By_____

15 REBECCA A. LEVY                ALEXANDRA MICHAEL
Assistant Federal Public Defender     Assistant United States Attorney
16 Counsel for RAMSEY HILL

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Case No. 2:16-cr-114-JAD-GWF

      Plaintiff,

ORDER

      v.

RAMSEY HILL,

      DEFENDANT.

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Monday, February 5, 2018 at 10:00 a.m., be vacated and continued to May 14, 2018 at the hour of 9:00 a.m.

DATED this 9th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE