RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Ramsey Hill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMSEY HILL,<br><br>    Defendant. | Case No. 2:16-cr-114-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ramsey Hill, that the Sentencing currently scheduled for Monday May 14, 2018 at 9:00 a.m., be vacated and set to a date and time convenient to this court but no sooner than July 18, 2018.

The Stipulation is entered into for the following reasons:

1. Undersigned defense counsel needs additional time to prepare for sentencing.

2. Defendant is in custody, but does not oppose the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively prepare for the sentencing, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation to continue sentencing date filed herein.

DATED this 8th day of May, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Rebecca A. Levy*  
By_____  
REBECCA A. LEVY  
Assistant Federal Public Defender  
Counsel for RAMSEY HILL

DAYLE ELIESON,  
United States Attorney

*/s/ Alexandra Michael*  
By_____  
ALEXANDRA MICHAEL  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMSEY HILL,

    DEFENDANT.

Case No. 2:16-cr-114-JAD-GWF

ORDER

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Monday, May 14, 2018 at 9:00 a.m., be vacated and continued to July 30, 2018, at the hour of 11:00 a.m.

DATED this 8th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE