RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Ramsey Hill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMSEY HILL,<br><br>    Defendant. | Case No. 2:16-cr-114-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ramsey Hill, that the Sentencing currently scheduled for Monday July 30, 2018 at 11:00 a.m., be vacated and set to a date and time convenient to this court but no sooner than August 5, 2018.

The Stipulation is entered into for the following reasons:

1. Government's counsel will be in trial in case 2:14-cr-15-APG-VCF *USA v. Qazi* starting July 30, 2018. The trial is expected to last approximately three days. Counsel needs additional time to respond to defense counsel's objections to the presentence investigation report.

2. Defendant is in custody, but does not oppose the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively prepare for the sentencing, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the third stipulation to continue sentencing date filed herein.

DATED this 26th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON,<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for Ramsey Hill |    */s/ Alexandra Michael*<br>By_____<br>ALEXANDRA MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMSEY HILL,<br><br>DEFENDANT. | Case No. 2:16-cr-114-JAD-GWF<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Monday, July 30, 2018 at 9:00 a.m., be vacated and continued to August 6, 2018, at the hour of 9:30 a.m.

DATED this 26th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE