# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMSEY HILL,<br><br>　　　　Defendant. | Case No.: 2:16-cr-114-JAD-GWF<br><br>**STIPULATION TO CONTINUE RESPONSE TO SENTENCING MEMORANDUM**<br><br>ECF No. 99 |

## ORDER

**IT IS HEREBY ORDERED** that the Response to the Sentencing Memorandum currently scheduled for Wednesday, August 1, 2018, be vacated and continued to August 2, 2018.

DATED this 2nd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

-3-