UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00114-JAD-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | ECF No. 147 |
| RAMSEY HILL, | |
| Defendant. | |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for September 27, 2021 at 9:00 a.m., be vacated and continued to November 8, 2021, at 10:00 a.m.

    DATED this 27th day of September 2021.

_____
UNITED STATES DISTRICT JUDGE